UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Gunn,<br><br>　　　　Petitioner<br><br>v.<br><br>Attorney General State of Nevada, et al.,<br><br>　　　　Respondents | Case No. 2:22-cv-01955-JAD-BNW<br><br>**Order Directing Petitioner to Either Pay Filing Fee or File IFP Application by January 13, 2023** |

　　　　In order to obtain federal habeas review under 28 U.S.C. § 2254, a petitioner must either pay the required $5 filing fee or submit an application for leave to proceed *in forma pauperis* (IFP).[1] When Petitioner Christopher Gunn commenced this action, he did not pay the $5 filing fee or submit an IFP application. As a result, this action is improperly commenced and will not proceed unless and until the petitioner either pays the $5 filing fee or submits a complete IFP application with all required documentation.

　　　　**IT IS THEREFORE ORDERED** that the petitioner must:

- Either (1) **pay** the $5 filing fee **or** (2) **file** an IFP application that includes: (a) a financial certificate signed by petitioner and an authorized prison official, (b) a financial declaration and acknowledgement signed by petitioner, and (c) a copy of his inmate account statement for the six-month period prior to filing.

**If he fails to do so by January 13, 2023, this case will be dismissed without prejudice and without further prior notice.** If petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

---

[1] Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

1  The Clerk of Court is instructed to **SEND** petitioner a blank form IFP application for
2  incarcerated litigants along with two copies of this order.

_____
U.S. District Judge Jennifer A. Dorsey
November 30, 2022