UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Gunn,<br><br>    Petitioner<br><br>v.<br><br>Attorney General State of Nevada, et al.,<br><br>    Respondents | Case No. 2:22-cv-01955-JAD-BNW<br><br>**Order Dismissing Petition and Closing Case** |

Pro se Petitioner Christopher Gunn initiated this case by submitting a Petition for Writ of Habeas Corpus[1] on November 21, 2022, but he did not pay the $5 habeas filing fee or file an application to proceed *in forma pauperis* ("IFP").[2] On November 30, 2022, the court ordered petitioner to either pay the filing fee or submit a complete IFP application with all required attachments by January 13, 2023.[3] He was warned that a failure to comply would result in the dismissal of this action without prejudice and without further advance notice.[4] To date, Gunn has not filed a completed IFP application, paid the filing fee, requested an extension of time, or taken any other action to prosecute this case.

**IT IS THEREFORE ORDERED:**

1. Petitioner Christopher Gunn's Petition for Writ of Habeas Corpus **[ECF No. 1-1] is DISMISSED WITHOUT PREJUDICE** based his on failure to comply with the court's order [ECF No. 3] or the Local Rules of Practice.

2. Petitioner is denied a certificate of appealability, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

---

[1] ECF No. 1-1.

[2] *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[3] ECF No. 3.

[4] *Id*.

1

3. The Clerk of Court is instructed to

- **FILE** the Petition (ECF No. 1-1).
- **ADD** Nevada Attorney General Aaron D. Ford as counsel for Respondents.[5]
- **INFORMALLY SERVE** the Nevada Attorney General with the petition (ECF No. 1-1) and this order by sending a notice of electronic filing to the Nevada Attorney General's office.
- **ENTER** final judgment accordingly and close this case.

_____
U.S. District Judge Jennifer A. Dorsey
January 17, 2023

---

[5] No response is required from respondents other than to respond to any orders of a reviewing court.